UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Bryant Jarode Critten,

      Defendant.

**NOTICE OF APPEARANCE**

Criminal Case No. 20-CR-232 (DSD/KMM) 13

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notifies the Court and counsel that Jill A. Brisbois and Joseph P. Tamburino, shall appear as counsel of record for Defendant, Bryant Jarode Critten, in this case.

Dated: October 30, 2020.

s/ Jill A. Brisbois
**CAPLAN & TAMBURINO LAW FIRM, P.A.**
Attorney ID 345477
150 South Fifth Street, Suite 1490
Minneapolis, MN  55402
(612) 341-4570
jbrisbois@caplanlaw.com

Dated: October 30, 2020.

s/ Joseph P. Tamburino
**CAPLAN & TAMBURINO LAW FIRM, P.A.**
Attorney ID 204845
150 South Fifth Street, Suite 1490
Minneapolis, MN  55402
(612) 341-4570
jtamburino@caplanlaw.com