## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 18-305 (JRT/BRT) |
| WAYNE ROBERT DAHL, JR., | |
| Defendant. | |
| _____ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 20-232 (DSD/KMM) |
| RUSSELL JASON RAHM, et al, | |
| Defendants. | |
| _____ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 20-233 (ADM/KMM) |
| CODY WAYNE TIMMERMAN, et al, | |
| Defendants. | |

**AMENDED ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 18-cr-305 (JRT/BRT) having been assigned to Judge John R. Tunheim and Case No. 20-cr-232 (DSD/KMM) having later been assigned to Judge David S. Doty and Case No. 20-cr-233

(ADM/KMM) having later been assigned to Judge Ann D. Montgomery, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-cr-232 (DSD/KMM) and Case No. 20-cr-233 (ADM/KMM) be assigned to Judge John R. Tunheim, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: October 30, 2020                s/John R. Tunheim
                                       John R. Tunheim
                                       Chief Judge
                                       United States District Court

Dated: October 30, 2020                s/David S. Doty
                                       David S. Doty
                                       United States District Court Judge

Dated: October 30, 2020                s/Ann D. Montgomery
                                       Ann D. Montgomery
                                       United States District Court Judge