**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-cr-232 JRT/KMM |
| | ) | Date: November 5, 2020 |
| Bryant Jarode Critten (13), | ) | Video Conference |
| | ) | Time Commenced: 11:01 a.m. |
| Defendant, | ) | Time Concluded: 11:11 a.m. |
| | ) | Time in Court: 10 minutes |

APPEARANCES:

Plaintiff: Harry Jacobs, Assistant U.S. Attorney
Defendant: Jill Brisbois,
              X Retained

Date Charges Filed:   10/20/2020    Offense:   Conspiracy to commit mail fraud

          X Waived Reading of Charges        X Advised of Rights

on     X Indictment

**Released on conditions set forth in the Middle District of Florida.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

X Defendant consents to this hearing via video conference.

                                                    s/ACH
                                          Signature of Courtroom Deputy