# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:  BECKY R. THORSON |
| v. | U.S. Magistrate Judge |
| Bryant Jarode Critten (13), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 20-cr-232 JRT/KMM |
| Date: | November 5, 2020 |
| | Video Conference |
| Time Commenced: | 11:11 a.m. |
| Time Concluded: | 11:13 a.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

   Plaintiff: Harry Jacobs, Assistant U.S. Attorney
   Defendant:  Jill Brisbois,
            X Retained

**Indictment Dated:**  10/20/2020

   X Reading of Indictment Waived      X Not Guilty Plea Entered

Other Remarks:
X Defendant consents to this hearing via video conference.
X Counsel to be notified of additional dates by separate Order to be issued.

                                                                          s/ACH
                                                          Signature of Courtroom Deputy